No. 649. BULL, EXECUTOR, *v.* UNITED STATES. March 4, 1935. Petition for writ of certiorari to the Court of Claims granted. *Messrs. David A. Buckley, Jr.,* and *L. M. Black* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 693. UNITED STATES *v.* MACK ET AL. March 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biggs* for the United States. *Messrs. Louis Halle* and *Milton R. Kroopf* for respondents.

No. 678. MINNIE *v.* PORT HURON TERMINAL CO. ET AL. March 11, 1935. Petition for writ of certiorari to the Supreme Court of Michigan granted. *Messrs. Jesse P. Wolcott* and *Eugene F. Black* for petitioner. *Mr. Leo J. Carrigan* for respondents.

No. 773. ESCOE *v.* ZERBST, WARDEN. On petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit. April 1, 1935. The motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. *Mr. Jack Escoe, pro se.* No appearance for respondent.

No. 686. HOLLINS *v.* OKLAHOMA. On petition for writ of certiorari to the Criminal Court of Appeals of Oklahoma. April 1, 1935. The motion for leave to proceed *in forma pauperis* and petition for writ of certiorari